NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

MAY 24 2016

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union and of Western Corporate Federal Credit Union, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> GOLDMAN SACHS AND CO; et al., <br><br> Defendants-Appellees. | No. 13-56851 <br><br> D.C. No. 2:11-cv-06521-GW-JEM <br><br> ORDER[*] |

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union and of Western Corporate Federal Credit Union, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> GOLDMAN SACHS AND CO; et al., <br><br> Defendants-Appellants. | No. 13-56852 <br><br> D.C. No. 2:11-cv-06521-GW-JEM |

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

| NATIONAL CREDIT UNION ADMINISTRATION BOARD, Plaintiff-Appellee, v. GOLDMAN SACHS & CO and GS MORTGAGE SECURITIES CORP, Defendants-Appellants. | No. 14-55309 <br><br> D.C. No. 2:11-cv-06521-GW-JEM |
|---|---|

Appeal from the United States District Court
for the Central District of California
George H. Wu, District Judge, Presiding

Argued and Submitted December 8, 2015
Pasadena, California

Before: D.W. NELSON, REINHARDT, and NGUYEN, Circuit Judges.

The joint stipulated motion of Plaintiff-Appellant-Cross-Appellee and

Defendants-Appellees-Cross-Appellants to voluntarily dismiss these cases under

Federal Rule of Appellate Procedure 42(b) is granted. Each party shall bear its own

costs.

**These appeals are DISMISSED.**